**Order entered January 9, 2023**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-01057-CV

## MEGATEL C90-2, INC. AND ARMIN AFZALIPOUR AND MEGATEL HOMES, LLC F/K/A MEGATEL HOMES, INC, Appellants

### V.

## BANK OF UTAH, TRUSTEE AND AERO LIMO, INC., Appellees

### On Appeal from the 14th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-19-11277

### ORDER

The clerk's record in this case is overdue. By postcard dated November 14, 2022, we notified the Dallas County District Clerk that the clerk's record was overdue and directed her to file the clerk's record within thirty days. To date, the clerk's record has not been filed.

Accordingly, this Court **ORDERS** the Dallas County District Clerk to file, within **TEN DAYS** of the date of this order, either (1) the clerk's record, or (2) written verification that appellants have not paid for or made arrangements to pay

for the clerk's record and that appellants have been found not entitled to proceed without payment of costs.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the following persons:

Felicia Pitre
Dallas County District Clerk

All parties

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE